**Dismissed and Opinion Filed March 15, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01052-CV

**TROY BURKS, Appellant**
**V.**
**RESIDENCE AT CDMX APARTMENTS, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-05874-A**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Garcia

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 3, 2024. By postcard dated February 6, 2024, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


231052f.p05

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY BURKS, Appellant

No. 05-23-01052-CV      V.

RESIDENCE AT CDMX
APARTMENTS, LLC, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-23-05874-
A.
Opinion delivered by Justice Garcia.
Justices Breedlove and Kennedy
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 15th day of March, 2024.